This document too large to scan. It will be mailed under separate cover.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

04 OCT -7 PM 3: 22

| | | |
|---|---|---|
| Lisa **WEATHERS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: **CV-03-PT-3255-E** |
| | ) | |
| **CITY OF OXFORD**, Alabama | ) | **ENTERED** |
| Stanley **MERRILL** | ) | |
| | ) | OCT - 7 2004 |
| Defendants. | ) | |

**MEMORANDUM OPINION**

This cause comes on to be heard upon defendants City of Oxford's and Stanley Merrill's motion for summary judgment, filed on July 22, 2004.

**FACTS[1] AND PROCEDURAL HISTORY**

I.  **Introduction.**

Plaintiff Lisa Weathers is a police sergeant with the City of Oxford Police Department. Weathers is suing the City of Oxford, Alabama, a municipal corporation existing under the constitution and laws of Alabama, and Stanley Merrill, the Chief of Police for the City of Oxford. Weathers has been employed as a police officer by Oxford since March 1986.[2]

---

[1] The court notes where "facts" appear disputed.

[2] According to plaintiff's Complaint, in December 1990, she filed a previous action in this court (Civil Action No. CV90-B-2781-S) against the City, Merrill, and two other male supervisors. (Cmpt ¶ 7). In that suit plaintiff alleged that the defendants had subjected her to discriminatory treatment on the basis of sex or gender, including discipline and denial of promotions. (*Id.*) Plaintiff also claimed male officers (including her supervisors) regularly made, and the City and Merrill condoned, sexually explicit jokes and statements about and towards her. (*Id.*) Additionally plaintiff claimed that she was subjected to terms and conditions

